UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE BROWN COMPANY OF WAVERLY, LLC,

    Plaintiff,

v.                                          Case No. 1:09-CV-802

SUPERIOR ROLL FORMING, INC.,

                                          HON. GORDON J. QUIST

    Defendant.

## **ORDER**

    In accordance with the Opinion filed on this date,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Transfer Venue (docket no. 6) is **DENIED.**

Dated: November 25, 2009                                      /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE